# EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

KRISTEN MEGHAN KELLY, an individual,

        Plaintiff,

v.

THE DAILY BEAST COMPANY, LLC,
a Delaware limited liability company,
LARRISON CAMPBELL, an individual, &
THE AMERICAN INDUSTRIAL HYGIENE
ASSOCIATON, a non-profit organization.

        Defendants.

Case No.     22-6843-   CZ
Hon.  Karen J. Miedema

---

JEFFREY BUEHNER, PLLC
Jeffrey A. Buehner (P54871)
Attorneys for Plaintiff
31700 West Thirteen Mile Road, Suite 96
Farmington Hills, Michigan 48334-2166
(248) 865-9640
jb@jeffreybuehner.com

---

## **COMPLAINT**

    There is no other pending or resolved civil action arising out of the transactions or occurrence alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having been assigned to a judge.

The Plaintiff, through her counsel, in support of her Complaint states the following:

### **Parties, Venue and Jurisdiction**

1.     Plaintiff Kristen Meghan Kelly ("Plaintiff" or "Kelly") is an individual who resides in the City of Hudsonville, Ottawa County, Michigan.

2. Defendant The Daily Beast, LLC ('the Beast') is a limited liability company organized and operating under the laws of the state of Delaware with its principal place of business located at 555 West 18th Street, New York, New York 10011.

3. Defendant Larrison Campbell ('Campbell') is an individual who, upon information and belief, is a resident of Jackson, Mississippi.

4. Defendant the American Industrial Hygiene Association ("AIHA") is a non-profit corporation organized and operating under the laws of the state of Illinois with its principal place of business located at 3141 Fairview Park Drive, Suite 777. Falls Church, VA 22042.

5. Venue is proper in the Ottawa County Circuit Court because:

   a. The Beast transacts business in Ottawa County including through the sale of online subscriptions and publication of online articles;

   b. AIHA transacts business in Ottawa County through the offering of membership and membership services;

   c. The Defendants committed the tortious acts identified herein in Ottawa County;

   d. Plaintiff resides in Hudsonville in Ottawa County, Michigan;

   e. The original injury occurred in Ottawa County, Michigan;

   f. Pursuant to MCL 600.1621; and/or

   g. Pursuant to MCL 600.1629;

   h. As otherwise stated in this Complaint; and/or

   i. As may be demonstrated, if necessary, through the course of discovery.

6. Jurisdiction is proper in the Ottawa County Circuit Court:

a.  Pursuant to MCL 600.601;

b.  Pursuant to MCL 600.605;

c.  Pursuant to MCL 600.701;

d.  Pursuant to Article 6, §13 of the Michigan Constitution;

e.  Because the relief sought exceeds $25,000; and/or

f.  As may be further demonstrated through discovery in the course of this matter.

### Introduction

7.  All preceding paragraphs are incorporated as if restated here.

8.  The Beast owns and operates an online news website that publishes articles on the internet to an audience throughout the world.

9.  At all times relevant to the incidents described in this Complaint, Larrison Campbell was employed as a writer for the Beast.

10. As Campbell's employer, the Beast is liable for the actions of Campbell described herein, as Campbell was acting within the course and scope of her employment.

11. At all times relevant to the incidents described in this Complaint, Larry Sloan was employed as CEO of AIHA.

12. At all times relevant to the incidents described in this Complaint, Sue Marchese, was employed as a managing director at AIHA.

13. As Sloan and Marchese's employer, AIHA is liable for the actions of both as described herein, as both were acting within the course and scope of their employment.

14. The Beast wrongfully targeted Kelly and ignored basic journalistic standards to advance its well-known, easily documented, pro-mask, pro-vaccine agenda. Those who question mask mandates or Covid vaccines are routinely characterized in myriad Beast articles as ill-informed, unhinged 'conspiracy theorists,' 'right-wing,' and/or 'anti-science.'[1]

15. The article at issue is no exception. It is a case study in character assassination, and defamation. The Beast used its worldwide bully pulpit to defame Kelly.

16. Kelly does not have the benefit of the Beast's online news platform to refute the Beast's defamatory statements. Kelly does, however, have access to the civil justice system where all are treated equally before the law. This lawsuit is Kelly's only means to redress the permanent damage the Beast has done to her personal and professional reputation.

**Factual Background**

17. All preceding paragraphs are incorporated as if restated here.

18. Kelly is a senior industrial hygienist with over 19 years of experience in developing, analyzing and implementing workplace health and safety protocols. She has presented testimony before legislative committees, appeared in documentaries, developed workplace training programs and been engaged as a consultant throughout the country regarding workplace health and safety issues. Kelly's professional reputation is of paramount importance to her career.

---

[1] By way of example: two icons appear prominently within the article entitled "*A QAnon Curious Mom Helped Lead Michigan Back to Covid Hell*" and "*The Anti-Vaxxer Hunt for Dead People is Getting Even Weirder.*" There are many more articles illustrative of the Beast's contempt for those who disagree with their agenda.

19. Kelly is also a military veteran who served her country in the United States Air Force, attaining the rank of Sergeant.

20. Kelly is disabled because of post-traumatic stress disorder resulting from an incident while in the Air Force.

21. The Beast and Campbell targeted Kelly because of an appearance she made before a local school board to voice her opposition to their mask mandate. Kelly had recorded a video of the meeting that she posted online, which was disseminated via social media. This video apparently caught the attention of Campbell, who in turn contacted Kelly.

22. The informal, casual conversation between Campbell and Kelly resulted in the Beast publishing a defamatory hit piece ('the article') rife with false, incendiary statements designed to belittle, demean and defame Kelly both personally and professionally. (See the article attached as Exhibit A)

23. During the conversation, Kelly made clear to Campbell that she suffered from severe Post Traumatic Stress Disorder and asked Campbell not to write a hit piece. Campbell disregarded Kelly's entreaty for basic decency, choosing instead to author and publish precisely what Kelly asked her not to: a hit piece.

24. On April 26, 2021, the Beast published and/or republished statements online to third parties with knowledge of the falsity of those statements and/or in reckless disregard of their truth or falsity.

25. The malice and disdain held by the Campbell and the Beast toward Kelly is apparent in both the way Kelly is portrayed throughout the article and the Beast's reckless disregard of the truth of the material it presented as fact.

5

26.    The article was entitled *"Meet the Anti-Mask Michigan 'Scientist' Stoking the Fourth Wave,"* with the words *"BLACK SHEEP"* superimposed over two large photos of Kelly. (Exhibit A)

27.    Immediately underneath Kelly's photo, in bold, enlarged print, the article reads: *"An industrial hygienist and self-styled exposure scientist is leading the charge in her own state and nationwide against wearing masks. Experts in her field are losing it."*

28.    The clear implication the Beast and Campbell were making is that Kelly is not a scientist, and her views were baseless - so much so that 'experts in her field' were appalled by her views.

29.    Kelly is, in fact, a scientist. Kelly has both a master's degree and a bachelor's degree in Occupational Safety and Health. Kelly is an *emeritus* member of the industrial hygiene's leading organization, the American Industrial Hygiene Association. As noted on the AIHA website: *'Industrial hygienists are <u>scientists</u> and engineers committed to protecting the health and safety of people in the workplace and the community.'*

30.    The article continued: *"The science,"* she told The Daily Beast, *"is on my side."* *"Leading scientists in her field are not, and expressed serious concerns about Kelly's activism and how she was portraying the profession."*

31.    In support of the proposition that 'leading scientists' are not on her side and are concerned 'about how she was portraying the profession,' the Beast quotes AIHA CEO Larry Sloan: *"Larry Sloan, CEO of the AIHA, where Kelly has held an emeritus membership, told The Daily Beast that more than 99 percent of the*

6

> *AIHA's 800 members 'believe that face coverings are one important strategy for*
> *reducing risk. "It is very dangerous," Sloan said abut the way Kelly links her*
> *activism to the field of industrial hygiene. "I think it is undermining the science of*
> *industrial hygiene."*

32. Mr. Sloan's statements as printed by the Beast were both false and defamatory. By republishing Mr. Sloan's statements, the Beast is liable for same. Mr. Sloan presents as fact that '99 percent' of AIHA's membership 'believe that face coverings are one important strategy for reducing risk' despite the fact he has no evidence from AIHA's membership on this issue.

33. Sloan went one exceptionally large step further and presented as fact the statement that Kelly's views were '*dangerous*' and '*undermining*' of the science of her profession.'

34. Stephen Petty, one of the leading scientists in industrial hygiene and an AIHA member, was so shocked by Sloan's statement that he contacted Sloan to demand that he correct his quote in the article and to provide evidence in support of his claim. (See Exhibit B)[2]

35. Sloan responded, in pertinent part: "Mr. Petty – Thanks for bringing this matter to my attention. When I read the article I winced when I saw that quote. That is not what (sic) said, and we have notified the editor accordingly….' (See Exhibit B)

36. Despite Mr. Sloan's allegation that he was misquoted, whatever 'corrections' took place, the article as attached, with Sloan's defamatory statements, remains online.

---

[2] Petty also laid bare Sloan's assertion that his quote is factually accurate regarding the science relating to masks, asserting that Sloan's position was in point fact, the 'dangerous' and 'unscientific' position: "I have testified in 400 cases on exposure and PPE including as the lead Roundup exposure/PPE expert; masks are not PPE and cannot be fit tested since they cannot be sealed. Would you protect workers from silica and asbestos exposures using masks? I pray not.'

37. Sloan provided no evidence to Petty (or Kelly – despite repeated requests) to support his statements published by the Beast, as no such documentation exists. Sloan new his statements were false when he made them to Campbell.

38. Having the CEO of the AIHA falsely claim that Kelly's views on masks were contrary to the views of '99 percent' of AIHA's members, 'dangerous' and 'undermining' of the science did irreparable and immediate damage to Kelly's professional reputation.

39. According to Petty, who is one of the leading expert witnesses in the ongoing Roundup toxic tort litigation, he was deposed after the publication of the article. According to Petty, the Beast's article was used in an attempt to discredit Petty:

> *Beginning on the bottom of pg. 104 [referencing deposition transcript] they begin to ask me about my pro-bono work wrt (sic) masking and then mention you [Kelly] along with the Larry Sloan/Daily Beast article on pg. 109. The attorney was trying to discredit me based on the Larry Sloan quotes, the fact he was President of the AIHA and the fact that I am a member of the AIHA. I fully expect this to be used in cross again in a couple of Roundup trials scheduled in the next couple of months.'* (See Exhibit C)

40. The article goes on to create the false impression that Kelly has misrepresented her professional credentials: *"Kelly is not a certified industrial hygienist, which she told The Daily Beast was 'a personal choice' (credentialing is not required to register as an industrial hygienist with the AIHA). Instead, Kelly, who holds bachelor's and master's degrees in occupational safety and health, describes herself as a 'senior industrial hygienist,' something Sue Marchese, a managing director at the American Industrial Hygiene Association, told The Daily Beast is "not a real thing."*

8

41.  Each part of this sentence drips with the malice and contempt held by Campbell toward Kelly, including a blatant misrepresentation regarding the coveted title of senior industrial hygienist.

42.  According to Sue Marchese: "They [the Beast] took what I said out of context." (See Exhibit D)

43.  Either Sue Marchese knew the statement was inaccurate when she made it, or the Beast and Campbell misquoted her. In either event, once again the Beast presented a false and defamatory statement from another official from AIHA to impugn Kelly's professional reputation.

44.  Had the Beast and Campbell performed even rudimentary due diligence before publishing the article, it would have afforded them an opportunity to discover that a senior industrial hygienist is, in fact, 'a real thing.' (See e.g., Exhibit E)

45.  The article then went on to imply that Kelly engaged in the criminal act of perjury by providing false statements under oath in an affidavit[3]: *"But this expertise doesn't always hold up* [referencing Kelly's expertise]. *In Tennessee, an affidavit she [Kelly] submitted at the request of Tennessee Stands, a group that fights against COVID restrictions, quietly disappeared from their website, though it can still be accessed through the Internet Archive. A representative from Tennessee Stands told The Daily Beast that 'the affidavit was removed from their website after inaccuracies came to our attention.' (Kelly told The Daily Beast that the affidavit had been removed at her requests, after people had found her number on it and harassed her with texts and calls.)"*

---

[3] (1) Any person authorized by a statute of this state to take an oath, or any person of whom an oath is required by law, who willfully swears falsely in regard to any matter or thing respecting which the oath is authorized or required is guilty of perjury, a felony punishable by imprisonment for not more than 15 years. MCL 750.423

46.   The gist of the above quoted statement is clear: Kelly provided false information
on an affidavit which resulted in it 'quietly disappearing' from Tennessee Stand's
website. The quote from the unnamed source that *'the affidavit was removed from
their website after inaccuracies came to our attention'* is a blatantly false and
defamation *per se*. There were no inaccuracies in the affidavit. Nor did the
affidavit 'quietly disappear.' The affidavit was removed from the website at
Kelly's express instruction because it contained her telephone number. Despite
the intimation by the Beast, there was nothing remotely nefarious about either the
content of the affidavit or its subsequent removal from the website.

47.   Outrageously, despite noting that Kelly has 'a pre-existing diagnosis of PTSD,'
Campbell implies that Kelly's emotional response to mask mandates is all part of
an act: "In her videos and interviews, she often stays calm, even in a heated
confrontation, but can quickly pivot to tears when the context calls for it, as she
did in her Facebook livestream outside the Hudsonville School Board meeting."

48.   According to Campbell, Kelly is 'a darling of the late pandemic anti-mask
brigade' 'echoing a far-right fixation since earlier in the pandemic on claiming to
be unable to mask up.' In Campbell's view, Kelly isn't a person with a genuine
PTSD disability entitled to an exemption from the mask mandates under the
Americans with Disability Act. Nor is Kelly a senior industrial hygienist with
genuine scientific concerns about mask mandates. Instead, Kelly is caricatured by
Campbell as a tool of 'the right': "Kelly's activities place her squarely on the right
side of politics though she told The Daily Beast that she doesn't identify as
Republican but 'more of a Libertarian.' While she has posted in support of gender

10

expression and Derek Chauvin's conviction for the murder of George Floyd, other Facebook posts and Tweets check the boxes of <u>far-right conservatism</u>, from <u>conspiracies</u> about Joe Biden's alleged dementia and the 2020 presidential election to <u>wild (and bogus, thoroughly debunked) anti-vaxxer theories</u>."

49. Quite simply, the article reduced the 19-year professional reputation that Kelly had worked so hard to develop to that of an unqualified, right-wing conspiracy theorist, who uses her disability to her advantage 'when the context calls for it.' In presenting this horrendously unfair depiction of Kelly, the article cited the defamatory statements of AIHA officials as well unnamed sources to impugn her professional reputation, going so far as to imply criminal activity.

50. Kelly, prior to instituting this action, gave notice to the defendants to publish retractions and Defendants were allowed a reasonable time to do so. No retractions have been published.

51. The article is a one-sided hit piece which presents one side as 'the truth' and resorts to *ad hominin* attacks regarding the professional credentials and character of Kelly for questioning that version of 'the truth.' This is not journalism, nor is it protected by the First Amendment. The Beast's article was pure and simple defamation.

52. Moreover, the Beast and Campbell used Plaintiff's PTSD disability to call into question the veracity of her claims and her character for truthfulness. They engaged in truly outrageous conduct which, coupled with the other conduct as detailed in this Complaint, has caused Plaintiff severe emotional and psychological distress.

## COUNT I – DEFAMATION

(All Defendants)

53.  All preceding paragraphs are incorporated as if restated here.

54.  The defamatory statements made by the Defendants were published and/or republished to third parties with knowledge of the falsity of those statement or in reckless disregard of their truth or falsity.

55.  These publications were not privileged.

56.  The publications were made for the purpose of:

    a.  Maliciousness;

    b.  To cause damage to Kelly's personal reputation;

    c.  To cause damage to Kelly's community reputation;

    d.  To cause damage to Kelly's professional reputation;

57.  The publications and/or republications of these false and defamatory statements have resulted in damage to Kelly's reputation in the community and economic loss, including but not limited to the following:

    a.  Emotional distress;

    b.  Humiliation, mortification and embarrassment;

    c.  Sleeplessness and anxiety;

    d.  Exacerbation of pre-existing medical conditions;

    e.  Psychological damage;

    f.  Loss of future business opportunities;

    g.  Other damages that may be established through the course of discovery and trial.

58.     As a direct and proximate result of the Defendants' actions, Kelly has suffered damages including special damages including but not limited to damages to her reputation, her person and for mental anguish, embarrassment, humiliation, and mortification as well as incurring unnecessary costs and legal fee in addressing the Beast's wrongful and defamatory statements and accusations.

59.     Plaintiff is entitled to recovery of her attorney fees pursuant to MCL 600.2911(7)

WHEREFORE, the Plaintiff requests that this Honorable Court enter judgment in her favor and against the Defendants and award the following relief:

A.      Award damages against the Defendants in whatever amount the Plaintiff is found to be entitled in excess of $25,000, and that is sufficient to compensate the Plaintiff for her actual, consequential, and incidental losses sustained as a result of the Defendants' defamation; and

B.      Award the Plaintiff the actual costs and reasonable attorney's fees, plus interest pursuant to MCLA 600.2911(7);

C.      Exemplary and punitive damages; and

C.      Award such other relief as may be equitable under the circumstances.

## COUNT II – DEFAMATION PER SE
### (All Defendants)

60.     All preceding paragraphs are incorporated as if restated here.

61.     The defamation described in Count I and otherwise in this Complaint constitutes defamation *per se* in that it:

a.      Damaged Kelly's business reputation within the industrial hygiene community and are false and libelous;

13

     b.     Accused Kelly of committing one or more crimes;

     c.     Accused Kelly of unethical behavior;

     d.     Imputed willful, malicious and unlawful behavior;

     e.     Subjected Kelly to hatred, scorn, contempt or ridicule;

     f.     Was made with malicious intent;

62.     Kelly has been damaged as a direct and proximate result of the Defendants defamation *per se.*

WHEREFORE, the Plaintiff requests that this Honorable Court enter judgment in her favor and against the Defendants and award the following relief:

     A.     Award damages against the Defendants in whatever amount the Plaintiff is found to be entitled in excess of $25,000, and that is sufficient to compensate the Plaintiff for her actual, consequential, and incidental losses sustained as a result of the Defendants' defamation *per se*; and

     B.     Award the Plaintiff her actual costs and reasonable attorney's fees, plus interest pursuant to MCLA 600.2911(7); and

     C.     Award such other relief as may be equitable under the circumstances.

### COUNT III – INTENTIONAL INFLICITION OF EMOTIONAL DISTRESS
(Defendants the Beast and Campbell only)

63.     All preceding paragraphs are incorporated as if restated here.

64.     Defendants' conduct as outlined above was intentional.

65.     Defendants' conduct as outlined above was extreme, outrageous, and of a character not to be tolerated by a civilized society.

66.   Defendants' conduct as outlined above was for an ulterior motive or purpose.

67.   Defendants' conduct resulted in severe and serious emotional distress.

68.   As a direct and proximate result of Defendants' conduct, Plaintiff has been

damaged in the manner outlined above.

WHEREFORE, the Plaintiff requests that this Honorable Court enter judgment in her

favor and against the Defendants in whatever amount Plaintiff is found to be entitled, together

with reasonable attorney's fees, costs and interest.

Respectfully submitted,

/s/ Jeffrey Buehner
JEFFREY BUEHNER, PLLC
Jeffrey Buehner (P54871)
Attorneys for Plaintiff
31700 West Thirteen Mile Road, Suite 96
Farmington Hills, Michigan 48334-2166
Dated: 4-25-2022                              (248) 865-9640

15

# EXHIBIT A

CORONAVIRUS ⊛

# Meet the Anti-Mask Michigan 'Scientist' Stoking the Fourth Wave



Photo Illustration by The Daily Beast/Twitter/Go fund me

**An industrial hygienist and self-styled exposure scientist is leading the charge in her own state and nationwide against wearing masks. Experts in her field are losing it.**

Larrison Campbell

Updated Apr. 27, 2021 2:10PM ET
Published Apr. 26, 2021 4:54AM ET



y the time Kristen Meghan Kelly, a 38-year-old

Michigan mom and self-described "health freedom advocate," hit record on her phone's camera, the confrontation outside the Hudsonville School Board meeting was in full swing.

In a 22-minute video from April 15 that has been shared widely on Facebook, Kelly explains that she's been denied entry to the public meeting despite what she says is a "medically recognized" disability and PTSD diagnosis that prevents her from wearing a mask. When another parent questions that explanation, she switches tack and launches into a "science"-based assault on masking.

Advertisement

"I am actually an exposure scientist," Kelly says to the other parent, who's off-screen.

"Oh, an *exposure scientist*," the parent can be heard saying, as she laughs.

"Yes, I'm an industrial hygienist, and I actually travel around the country testifying in front of governors. I've opened up Texas and North Dakota," Kelly says.

If Kelly has her way, she told The Daily Beast, she'll also further loosen COVID-19 restrictions in her own state of Michigan —despite a raging outbreak that is testing

the state's hospital system and
underline threatening the lives of more young
people than ever before.

"We're not going to stay silent," Kelly
said.

### A QAnon-Curious Mom Helped Lead Michigan Back to COVID Hell

| TOO MUCH PLAY |

Kayla Ruble, Justin Rohrlich



Although parents at the school board
meeting may have laughed off her
credentials, Kelly has enjoyed an
increasingly robust platform in anti-mask
circles in recent weeks. And this activism,
public health officials fear, could cause
big problems—especially in Michigan,
which has become the country's worst
COVID hotspot.

While Democratic Gov. Gretchen
Whitmer has been criticized for bowing to
political pressure and allowing indoor
activities such as dining and sports—that
experts say likely fed the current surge—
her administration has been steadfastly in
favor of masking requirements. Last
week, the state extended its mask
mandate until at least late May and
expanded it to require children age 2 and
over to wear masks.

Advertisement

"Mask use continues to be critically
important right now. It's proven to be
effective and it's proven to be safe," said
Marcia Mansaray, a deputy public health
officer in Ottawa County, where Kelly
lives.

Advertisement

Kelly, of course, disagrees. But unlike
most conservative anti-maskers who
completely dismiss the pandemic, she's
leaning on a compelling personal story,
some acknowledgment of basic facts, and,
most of all, what she describes as nearly
two decades of experience as an
industrial hygienist, a field that focuses
on ways to protect employees from
hazardous substances at work.

"The science," she told The Daily Beast,
"is on my side."

Leading scientists in her field are not, and
expressed serious concerns about Kelly's
activism and how she was portraying the
profession.

> **If you're not wearing anything across your nose and mouth, you're only contributing to the generation of particles that are floating around in a room.**

— Laurence Svirchev, certified industrial hygienist

"Face coverings are a proper public health measure that mitigates the transmission of SARS-CoV-2. And if you're not wearing anything across your nose and mouth, you're only contributing to the generation of particles that are floating around in a room," Laurence Svirchev, a certified industrial hygienist with the American Industrial Hygiene Association, the primary educational arm of the industry, told The Daily Beast.

"It's not a difficult concept to understand," Svirchev added, echoing many months of public health guidance across the world.

Advertisement

Larry Sloan, CEO of the AIHA, where Kelly has held an emeritus membership, told The Daily Beast that the vast majority of the AIHA's 8,000-plus members "believe that face coverings are one important strategy for reducing risk."

"It is very dangerous," Sloan said about the way Kelly links her activism to the field of industrial hygiene. "I think it is undermining the science of industrial hygiene." (Kelly responded by calling Sloan's statement "shocking and disturbing," arguing "it goes against the whole field of industrial hygiene.")

Industrial hygienists enforce standards set by the Occupational Safety and Health Administration, a government agency that regulates workplace safety, and Kelly frequently cites OSHA standards that talk about the limitations of masking. OSHA has updated these standards, which now recommend the use of cloth masks, something Kelly told The Daily Beast is due to the politicization of masking, saying "they're acting like it's one size fits all, when it's anything but."

Prior to the COVID-19 pandemic, industrial hygiene occupied a relatively

Case 1:22-cv-00432-ECFNW 1-2, PageID.32 Filed 05/31/22 Page 24 of 50

obscure corner of workplace safety. But according to Sloan, the problem of containing COVID-19 has made this industry "relevant everywhere" practically overnight.

Kelly has capitalized on that relative obscurity and sudden relevance—as well as COVID's evolving science—to carve out a niche for herself as an expert for anti-maskers hungry for arguments that back up their desire to ignore mask mandates.

"Because, I know. Masks don't work. Because it's my job. It's my job," she tells the other parent in the video. "That's fine. And do you want to know who does want to hear my opinion? Attorneys, who I help with their cases."

Advertisement

**❝ We have the right to make our own medical decisions about our body, especially if we are dealing with**

Case 1:22-cv-00432 ECF No. 1-2, PageID.33 Filed 05/31/22 Page 25 of 50

# something that's wiping out millions and millions of people

— Kristen Meghan Kelly

In the last few months, Kelly has been interviewed dozens of times in conservative media and she told The Daily Beast that she's either testified or submitted sworn affidavits about the dangers of masking in four states.

Kelly is not a *certified* industrial hygienist, which she told The Daily Beast was "a personal choice" (credentialing is not required to register as an industrial hygienist with the AIHA). Instead, Kelly, who holds bachelor's and master's degrees in occupational safety and health, describes herself as a "senior industrial hygienist," something Sue Marchese, a managing director at the American Industrial Hygiene Association, told The Daily Beast is "not a real thing."

(Kelly appeared mildly annoyed when told this. "It really is a thing," she said. "The senior status means you've got senior status over other industrial hygienists or you've been in the career field a certain amount of time.")

And in a March post on TikTok, where Kelly has nearly 30,000 followers, she thumbed her nose at people who've questioned her expertise in a video called "The 'You're Not Credentialed In' Chronicles." The montage of highlights from her resume over the soundtrack of Eminem's "FACK" closed with a card that

read "when you're asked to testify on the efficacy of masks, let me know."

Below, she wrote, "Headed to testify in front of a state Caucus and meet with their Governor to relay facts hidden by the MSM."

Advertisement

But this expertise doesn't always hold up.

In Tennessee, an affidavit she submitted at the request of Tennessee Stands, a group that fights against COVID restrictions, quietly disappeared from their website, though it can still be accessed through the Internet Archive.

A representative from Tennessee Stands told The Daily Beast that "the affidavit was removed from their website after inaccuracies came to our attention." (Kelly told The Daily Beast that the affidavit had been removed at her request, after people had found her phone number on it and harassed her with texts and calls.)

Reviewing this document, The Daily Beast found that Kelly included an exhibit that said a 2020 *New England Journal of Medicine* study was called "Airborne coronavirus particle (<0.125 micron) will

pass directly through N95 mask." The <u>actual title</u> of the study was "A novel coronavirus from patients with Pneumonia in China, 2019." The study does not even reference N95 respirators or any form of face covering.

Elsewhere in the affidavit, Kelly cites studies she says bolster the argument that masking doesn't work. However, many of those studies were either inconclusive or outdated or suggested the opposite. Kelly told The Daily Beast the affidavit was similar to those she submitted in North Dakota, New Hampshire and Texas, though The Daily Beast was not able to review them.

Asked about the Tennessee affidavit's discrepancies, Kelly brushed them off.

Advertisement

"I would have to go look at it, because it was a while ago, and I can't remember," Kelly said. "But any clarification you need, there are so many studies, there are so many studies."

Kelly later sent The Daily Beast links to half a dozen other studies that she said support not masking.

Any concerns that Kelly may be mistaken

Meet the Anti-Mask Nurse Who's Crusading the Earth Wave 2, Page 36 · Filed 05/31/22 · Page 28 of 50 michigan-scientist-st...

about the science do not appear to have made their way to North Dakota, where she testified this month in support of a bill that would ban mask mandates statewide. The bill's sponsor told The Daily Beast that Kelly's participation was "crucial" to the bill's eventual passage. Although Republican Gov. Doug Burgum vetoed the bill last week, the legislature voted to override his veto.

"They were a high class of expertise," North Dakota State Representative Jeff Hoverson, a Republican, said about Kelly and Tammy Clark, a fellow Michigander and workplace safety adviser who testified in North Dakota with her. "They really helped spark enthusiasm. She brought some real juice and the fuel and energy that we needed to get this bill passed."

In many ways, Kelly is well-positioned to be a darling of the late pandemic anti-mask brigade, though she finds the term "anti-mask" offensive and told The Daily Beast she prefers "health freedom." In addition to the credibility she gets from her work history and Air Force veteran status, she's a charismatic speaker who casually ties topics like disability rights and health freedom into a single argument. In her videos and interviews, she often stays calm, even in a heated confrontation, but can quickly pivot to tears when the context calls for it, as she did in her Facebook livestream outside the Hudsonville School Board meeting.

Kelly's activities place her squarely on the right side of politics, though she told The Daily Beast that she doesn't identify as Republican but "more of a Libertarian."

Case 1:22-cv-00482-PLM-RSK ECF No. 1-2, PageID.37 Filed 05/31/22 Page 29 of 50

While she has posted in support of gender expression and Derek Chauvin's conviction for the murder of George Floyd, other Facebook posts and Tweets check the boxes of far-right conservatism, from conspiracies about Joe Biden's alleged dementia and the 2020 presidential election to wild (and bogus, thoroughly debunked) anti-vaxxer theories.

Advertisement

Kelly told The Daily Beast she does not plan to be vaccinated herself but downplayed any issues she might have with the coronavirus vaccines, saying she thought the decision was a "personal choice."

Her conversations online strike a much harsher tone.

**The Anti-Vaxxer Hunt for Dead People Is Getting Even Weirder**

| WELCOME TO THE JUNGLE |

Mark Hay



"You will never be given informed consent for this shot," Kelly wrote on

Facebook on March 22 above a local NBC story on vaccine eligibility. "It's not, by definition, a vaccine. I don't want my DNA altered! I also will not inject myself with carcinogens and neurotoxins. My husband has done more research on these shots that anyone else I know. He cannot fathom why anyone would consent to these bio weapons. 99% survival rate!"

The international science community and most of humanity has <u>wholly rejected</u> these conspiracy theories about vaccines, from the false idea that they alter your DNA to rumors that they contain harmful unknown chemicals or represent a secret government weapon. Coronavirus deaths among demographic groups like the elderly who have been vaccinated have plummeted, showing their efficacy and safety.

Asked about these posts, Kelly tells The Daily Beast "I am not a doctor and I always make that clear."

Advertisement

While her public work is focused on masks, critics say Kelly's audience is exactly the last group public health experts would want to hear misinformation about vaccines. As

Mansaray told The Daily Beast, although masking is important in "every population," it is particularly important among people who don't plan to be vaccinated.

"You could potentially say it's more important," Mansaray said. "When you're talking about these measures to reduce the spread of COVID, it's for ourselves and our families, but it's also for our greater community, especially those people who cannot get vaccinated. So if you're not going to be vaccinated, put on a mask for those people."

But Kelly argues that masking actually harms people with disabilities by forcing people like her out of stores, offices and schools, echoing a far-right fixation since earlier in the pandemic on claiming to be unable to mask up. Kelly told The Daily Beast that she has had a medical exemption from masking since 2013, because of a pre-existing diagnosis of PTSD as the result of a past sexual assault, and that covering her face causes anxiety and a range of circulatory issues, from heart palpitations to increased blood pressure.

"Listen, I medically can't wear a mask, but if I could I would wear one. We have the right to make our own medical decisions about our body, especially if we are dealing with something that's wiping out millions and millions of people," Kelly told The Daily Beast, referencing COVID's colossal worldwide death toll, which unlike many anti-maskers, she does not deny.

In addition to government mask

mandates, she's directed her ire at companies that haven't acknowledged her medical exemption, such as Planet Fitness, which she said has told her that she must wear a mask in order to use their facilities. Also in her crosshairs: Delta Airlines and the team of doctors the airline contracts with; she said the carrier kicked her off of her flight to North Dakota in late March.

Much like the Hudsonville School Board confrontation, Kelly has managed to flip the corporate mask regulations of Delta and Planet Fitness into a disability-rights argument and a platform for her activism.

Advertisement

> **They really got the crowd excited. These moms were just tearing it up for liberty.**
>
> — North Dakota Rep. Jeff Hoverson

Immediately after the Delta incident, Kelly posted about it on Facebook. Within

hours, she said, the Michigan chapter of Pilots for Christ, a charitable organization that provides flights for patients needing critical care that cannot afford air transportation, volunteered pilots to fly Kelly and a colleague to North Dakota.

In the days after, Kelly announced that she would be suing Delta Airlines for violating the Americans with Disabilities Act and launched a GoFundMe to pay for the "high powered attorney" she'd need to sue Delta. She gave interviews to at least half a dozen conservative podcasts and radio shows and told The Daily Beast she has already retained counsel. Delta did not immediately respond to a request for comment, and Kelly declined to comment on whether the lawsuit had already been filed.

But for the most part, Kelly's disability rights argument plays second fiddle to her "scientific" arguments against masking.

In her affidavit for Tennessee Stands, Kelly argues that face coverings outside of N95 respirators don't really work and can even spread COVID by becoming contaminated while people are using them. She also says the same is true of N95 respirators if they're not properly fit-tested and that masks "are inherently unsafe" because they impede breathing and could potentially contain hazardous chemicals.

Larry Sloan of the AIHA dismissed each of these arguments, which contain fragments of truth but are wildly misleading.

Advertisement

"I think she is taking specific studies and extracting a narrative that is perhaps aligned with her belief set. And I think that you could take any research study and twist the data to meld or support what your personal belief set is," Sloan said.

"And I don't mean to disparage her belief set—we're all entitled to our opinions—but her testifying against the use of face covering is contrary to good public health and the science of occupational hygiene," he added.

For her part, Mansaray said Kelly's willingness to spread unscientific rhetoric could cause serious harm in Michigan, given the state's ongoing crisis.

"I think it's dangerous to use a position of influence and challenge established science or guidance without having an understanding of that science and a really solid base of evidence about that," she told The Daily Beast. (Kelly wrote in a text to The Daily Beast, "This isn't about being anti-mask, it's about being pro-science and following the hierarchy of controls for proper risk mitigation.")

And opinions like Sloan's and Mansaray's may not matter to those who want to hear

Kelly. When asked why he'd invited Kelly out to speak, Hoverson immediately pointed to her experience working for OSHA. When told she had not been directly employed by the federal workplace safety agency, the lawmaker sounded unfazed.

"They really got the crowd excited," Hoverson told The Daily Beast of Kelly and her colleague, Clark. "These moms were just tearing it up for liberty. They were on the move."

EUROPE ⊕

# French Voters Reject Le Pen and Grudgingly Re-elect Macron

| 'OCEAN OF ABSTENTIONS' |

**The center held, for now, but it's clearly sagging as voters stayed home in droves.**

# EXHIBIT B

FILED 4/25/2022
4/25/22 9:25 PM
Justin F. Roebuck
20th Circuit Court

Case 1:22-cv-00482 ECF No. 1-2, PageID.45 Filed 05/31/22 Page 37 of 50
Gmail - FW: Daily Beast Article

 Gmail

Kristen Meghan <kristenmeghan@gmail.com>

---

## FW: Daily Beast Article

2 meage

---

**Stephen Petty**████████████████████.com>                    ████████████

Kristen:

See below FYI

SEP

---

**From** Stephen Petty [mailto:████████████
**Sent:** Tuesday, April 27, 2021 12:09 PM
**To:** 'Larry Sloan'
████████████████████████████████████████████████
████ RE: Daily Beast Article

Dear Mr. Sloan:

Thanks for your prompt response; let's see what they do.

I also thought the following quote associated with you was also inappropriate:

"It is very dangerous," Sloan said about the way Kelly links her activism to the field of industrial hygiene. "I think it is undermining the science of industrial hygiene." (Kelly responded by calling Sloan's statement "shocking and disturbing," arguing "it goeagaint the whole field of indutrial hygiene.")

FYI, Ipoke with, andent the author materialI have been uing in preentationto groupof 350+ and on national radio shows over the past two monthjust before the publication of this article. Both my remarks and presentation were ignored by this author. I only contacted this person as Kelly, a disable veteran and long-time IH asked me to do-so given my credentials in major litigation on the topic of exposure and PPE. I figured this was a hit piece, but tried to step in withoutucceI believe my preentation ian accurate reflection of thecience; but I am open to commentand criticism.

I think AIHA ought to be very careful making such statements about members; we have very strong slander laws here in Florida. Ms. Kelly is a disable veteran with long service in the military as an IH.

FILED 4/25/2022
9/15/22, 9:28 PM
Justin F. Roebuck
20th Circuit Court

Case 1:22-cv-00482   ECF No. 1-2,   PageID.46   Filed 05/31/22   Page 38 of 50
Gmail - FW: Daily Beast Article

Again, I am interested in your comments on your second quote, and open to criticisms of my work.

Best regards,


Stephen Petty, P.E., C.I.H., C.S.P.

President


Please begin using my new e-mail address: s███████████.



EES Group, Inc.

Engineering & Expert Services, Inc.

1701 East Atlantic Avenue, Suite 5

Pompano Beach, FL 33060





www.eesgroup.us


 See our foren ic engineering te tbook at


http //www crcpre    com/product/i bn/9781439899724




CONFIDENTIALITY NOTE

Thi  e mail i  covered by the Electronic Communication  Privacy Act, 18 U S C  2510 2521 and i  legally privileged  Thi
message, together with any attachments, is intended only for the addressee. It may contain information which is legally
privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any
disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have
received thi  e mail in error, plea e notify the  ender immediately by telephone (754 220 8844) or by return e mail and
delete the message, along with any attachments.

**From:** Larry Sloan ███████████████
**Sent:** Tuesday, April 27, 2021 9:41 AM

From: Stephen Petty <​████████​>
Subject: RE: Daily Beast Article

Mr Petty –

Thanks for bringing this matter to my attention. When I read the article I winced when I saw that quote. That is not what said , and we have notified the editor accordingly.  Please stand as we confirm when the correction will be made.

Our sincere apologies for the mis quote

Regards,
Larry

**Lawrence Sloan, MBA, CAE** (he | him)
Chief Executive Officer

**AIHA®**
HEALTHIER WORKPLACES | A HEALTHIER WORLD
████████████████████

**From:** Stephen Petty <​████████​>
**Sent:** Monday, April 26, 2021 9:54 PM
**To:** Larry Sloan <​████████​>
**Subject:** RE  Daily Bea  t Article

Dear Mr  Sloan

RE  http  //www.thedailybea  t com/meet the anti ma  k michigan   cienti  t  toking the fourth wave?
source=articles&via=rss

In this article you are quoted as saying:

"Larry Sloan, CEO of the AIHA, where Kelly has held an emeritus membership, told The Daily Beast that more than _99 percent of the AIHA's 800 members_ "believe that face coverings are one important strategy for reducing risk."

Is this quote correct?

If so, please send me the survey and it's results.  I'm not aware of any such survey and have not been surveyed.

If no such actual survey exists, please correct the record.

FILED 4/25/2022
7/15/22, 9:28 PM
Justin F. Roebuck
20th Circuit Court

Case 1:22-cv-00482   ECF No. 1-2,   PageID.48   Filed 05/31/22   Page 40 of 50

Gmail - FW: Daily Beast Article

I have testified in 400 cases on exposure and PPE including as the lead Roundup exposure/PPE expert; masks are not PPE and cannot be fit tested since they cannot be sealed.  Would you protect workers from silica and asbestos exposures using masks?  I pray not.


I would appreciate a response.


Best regards,



Stephen Petty, P.E., C.I.H., C.S.P.

President


Please begin using my new e-mail address: ██████████████



EES Group, Inc.

Engineering & Expert Services, Inc.

1701 East Atlantic Avenue, Suite 5

Pompano Beach, FL 33060


███████████████
███████████████


www.eesgroup.us


 See our forensic engineering textbook at:


http://www.crcpress.com/product/isbn/9781439899724



CONFIDENTIALITY NOTE:


This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (754-220-8844) or by return e-mail and delete the message, along with any attachments.

# EXHIBIT C

 **Gmail**

**Kristen Meghan <kristenmeghan@gmail.com>**

---

## Fwd: My Recent Roundup Deposition Testimony

1 me  age

---

**Stephen Petty** <spetty@eesgroup.us>                                    Thu, Feb 3, 2022 at 8:50 PM
To: Kristen Meghan <kristenmeghan@gmail.com>

Kri  ten

See below for your records

Be  t regard

Stephen

Sent from my iPhone

Begin forwarded message:

> **From:** Larry Sloan <lsloan@aiha.org>
> **Date** February 3, 2022 at 5 00 18 PM EST
> **To:** Stephen Petty <SPetty@eesgroup.us>
> **Subject: Re: My Recent Roundup Deposition Testimony**

> I do not unfortunately  It wa  a verbal conver ation with the reporter    I do not have a copy of the amended
> article either.

> Lawrence Sloan, MBA, FASAE, CAE
> Chief E ecutive Officer, AIHA

> Sent from my iPhone.  Please excuse typos.

> ---

> **From:** Stephen Petty     petty@ee  group u
> **Sent:** Thursday, February 3, 2022 4:57:45 PM
> **To:** Larry Sloan  l  loan@aiha org
> **Subject:** Re: My Recent Roundup Deposition Testimony

> My bad; but thanks for the correction.  I'm sure this will come up again and I will use the correct language
> and title

> I don't know John personally but I have read his writings over the years.

> Do you have any proof you corrected the record with the Daily Bea  t? That may be helpful at  ome point

> Best regards

> Stephen

> Sent from my iPhone

>> On Feb 3, 2022, at 4:42 PM, Larry Sloan <lsloan@aiha.org> wrote:

FILED 4/25/2022
7/15/22, 9:21 PM
Justin F. Roebuck
20th Circuit Court

Case 1:22-cv-00482   ECF No. 1-2,  PageID.51   Filed 05/31/22   Page 43 of 50
Gmail - Fwd: My Recent Roundup Deposition Testimony

Stephen – for the record, we are not a trade association but rather a professional scientific society (or individual membership organization). A trade association is one comprised of corporate members, vs individuals like at AIHA. Also, I am not president of AIHA – that is the chief volunteer officer position of the Board. John Mulhausen, formerly of 3M, is our current president as you likely know and have read his articles in the synergist.

**Lawrence Sloan, MBA, FASAE, CAE** (he | him)

Chief Executive Officer

**AIHA®**

HEALTHIER WORKPLACES | A HEALTHIER WORLD

████████████████████

---

**From:** Stephen Petty <███████████████>
**Sent:** Thursday, February 3, 2022 7:40 AM
**To:** Kristen Meghan <k███████████████>
**Cc** Megan Man ell ███████████████ ; Larry Sloan ███████████
Lexa Petty <███████████>
**Subject:** RE: My Recent Roundup Deposition Testimony

Kristen:

Attached is a copy of the transcript of my recent Monsanto Roundup deposition; ~20th depo ition in ~40 ca e  on wrt my work on Roundup ca e

Beginning on the bottom of pg  104 they begin to a k me about my pro bono work wrt masking and then mention you along with the Larry Sloan/Daily Beast article on pg. 109.

The attorney was trying to discredit me based on the Larry Sloan quotes, the fact he was President of he AIHA and the fact I am a member of the AIHA.  I fully expect this to be used in cross again in a couple of Roundup trials scheduled in the next couple of months.

You will find the testimony interesting and insightful.

In full disclosure, I've copied Larry on this e-mail as well.  He told me he was misquoted in the article   However, I'm not aware of a retraction or correction, nor of any corre pondence between Larry and the Daily Beast correcting the record.

Best regards,

FILED 4/25/2022
7/15/22, 9:21 PM
Justin F. Roebuck
20th Circuit Court

Case 1:22-cv-00482  ECF No. 1-2, PageID.52  Filed 05/31/22  Page 44 of 50
Gmail - Fwd: My Recent Roundup Deposition Testimony

Stephen Petty, P.E., C.I.H., C.S.P.

President

Please begin using my new e-mail address: spetty@eesgroup.us.

EES Group, Inc.

Engineering & Expert Services, Inc.

1701 East Atlantic Blvd, Suite 5

Pompano Beach, FL 33060

█████████████

www.eesgroup.us

See our 2nd Edition of our Foren ic Engineering te tbook publi hed on Sept 24, 2021 at

http //www routledge com/Foren ic-Engin eering Damage A e ment for Re idential and Commercial/Petty/p/book/9780367758134

CONFIDENTIALITY NOTE:

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from di clo ure If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (754-220-8844) or by return e-mail and delete the message, along with any attachment

# EXHIBIT D

FILED 4/25/2022
Case 1:22-cv-00482  ECF No. 1-2, PageID.54  Filed 05/31/22  Page 46 of 50
4/15/22, 9:20 PM
Justin F. Roebuck
20th Circuit Court
Gmail - FW: Lawsuit

 **Gmail**                                            Kristen Meghan <kristenmeghan@gmail.com>

---

## FW: Lawsuit
1 me age

| | |
|---|---|
| **Sue Marchese Lewis** <span style="background:black">▇▇▇▇▇</span> | Thu, Sep 23, 2021 at 5:32 PM |
| To: Kristen Meghan <k<span style="background:black">▇▇▇▇</span>> | |
| Cc Larry Sloan <span style="background:black">▇▇▇▇</span> | |

Hello Kristen,

They took what I said out of context.  I had explained that "senior IH" is a job title but not a level of certification, or a designation like "CIH."  In the article, the next sentence alludes to the previous sentence and therefore was not changed.

I hope this helps

Best,

Sue

---

**Sue Marchese, CAE** (she | her)
Managing Director, Marketing and Communications

**AIHA®**
HEALTHIER WORKPLACES | A HEALTHIER WORLD

**Direct** +1 202-256-8986 | **Office** +1 703-849-8888
3141 Fairview Park Drive, Suite 777, Falls Church, VA 22042 USA

**From:** Kristen Meghan <kristenmeghan@gmail.com>
**Sent** Thur day, September 23, 2021 4 19 PM
**To:** Sue Marchese Lewis <smarcheselewis@aiha.org>
**Cc:** Larry Sloan <lsloan@aiha.org>
**Subject:** Re: Lawsuit

What about the qoute tied to you, listed in the attached photo?

Masks absolutely are not risk mitigating against an aerosolized virus. Many IHs I work with are disappointed that the AIHA ha  not  tood up again t ma k  a  they are not even  ource control for the hazard at hand

# EXHIBIT E

senior industrial hygienist - Google Search     https://www.google.com/search?q=senior+industri...

**Google**     senior industrial hygienist          ✕  🔍                    ⚙  ⠿  Sign in

🔍 All   🛒 Shopping   📰 News   🖼 Images   🗺 Maps   ⋮ More          Tools

About 1,650,000 results (0.39 seconds)

https://www.indeed.com › q-Senior-Industrial-Hygienist...   ⋮
### Senior Industrial Hygienist Jobs, Employment | Indeed.com
72 **Senior Industrial Hygienist** jobs available on Indeed.com. Apply to Industrial Hygienist,
Environmental Health and Safety Specialist, Senior Safety ...

People also ask   ⋮

What does a senior industrial hygienist do?

Is an industrial hygienist a scientist?

What is the working conditions of industrial hygienist?

What are the four major steps in industrial hygiene?

Feedback

https://www.environmentalscience.org › career › indusl...   ⋮
### How to Become an Industrial Hygienist - Environmental Science
The role of a **senior** level **Industrial Hygienist** will include many of the same tasks outlined in
the entry-level position. Additional tasks and requirements ...

https://www.salary.com › Research   ⋮
### Senior Industrial Hygienist Salary
The average **Senior Industrial Hygienist** salary in the United States is $89832 as of March 29,
2022, but the salary range typically falls between $79520 and ...

https://das.iowa.gov › files › JobClassDescriptions  PDF   ⋮
### Senior Industrial Hygienist - 00674 - Iowa Department of ...
Conducts Inspections in **Industrial**, construction and other hazardous work environments to
ascertain employee exposure to chemical, physical, radiological and ...
3 pages

https://www.glassdoor.com › Salaries › senior-industrial...   ⋮
### Salary: Senior Industrial Hygienist (April, 2022) | Glassdoor
The estimated total pay for a **Senior Industrial Hygienist** is $104,269 per year in the United
States area, with an average salary of $84,588 per year.

https://www.glassdoor.com › Job › senior-industrial-hy...   ⋮
#### Senior industrial hygienist Jobs | Glassdoor
Search **Senior Industrial hygienist** jobs. Get the right **Senior industrial hygienist** job with
company ratings & salaries. 45 open jobs for Senior industrial ...

https://www.payscale.com › research › Salary   ⋮
### Average Senior Industrial Hygienist Salary - Payscale
Feb 1, 2022 — The average salary for a **Senior Industrial Hygienist** is $93909. Visit PayScale
to research senior **industrial hygienist** salaries by city, ...

https://www.simplyhired.com › search › q=senior+indus...   ⋮

Southfield Township, Southfield, MI - From your IP address - Update location

Help     Send feedback     Privacy     Terms

...r.com › Salaries › Senior-Industr...   ⋮

Senior Industrial Hygienist Salary - ZipRecruiter

How much do Senior Industrial Hygienist jobs pay a year? The average annual pay for a Senior Industrial Hygienist Job in the US is $79600 a year.

https://www.pmenv.com › news › pm-environmental-w...   ⋮

PM Environmental Welcomes Darrell DeMasters as Senior ...

Aug 4, 2015 — PM Environmental is happy to welcome Darrell DeMasters as a Senior Industrial Hygienist in Michigan.

Related searches

| industrial hygienist **education requirements** | industrial hygienist **master's degree** |
| industrial hygienist **requirements** | industrial hygienist **schools** |

1  2  3  4  5  6  7  8  9  10        Next

⋮

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OTTAWA

KRISTEN MEGHAN KELLY, an individual,

     Plaintiff,

v.

THE DAILY BEAST COMPANY, LLC,
a Delaware limited liability company,
LARRISON CAMPBELL, an individual, &
THE AMERICAN INDUSTRIAL HYGIENE
ASSOCIATON, a non-profit organization.

     Defendants.

Case No.    22-6843-  CZ
Hon.  Karen J. Miedema

---

JEFFREY BUEHNER, PLLC
Jeffrey A. Buehner (P54871)
Attorneys for Plaintiff
31700 West Thirteen Mile Road, Suite 96
Farmington Hills, Michigan 48334-2166
(248) 865-9640
jb@jeffreybuehner.com

---

## DEMAND FOR JURY TRIAL

    The Plaintiff, by and through her attorneys Jeffrey Buehner, PLLC, hereby demand trial by jury.

                            Respectfully submitted,

                            /s/ Jeffrey Buehner
                            JEFFREY BUEHNER, PLLC
                            Jeffrey Buehner (P54871)
                            Attorneys for Plaintiff
                            31700 West Thirteen Mile Road, Suite 96
                            Farmington Hills, Michigan 48334-2166

Dated: 4-25-2022                (248) 865-9640