Case 1:22-cv-00482-HYJ-SJB   ECF No. 2,   PageID.121   Filed 05/31/22   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Kristen Meghan Kelly

        Plaintiff(s),                Case No. 1:22-cv-482

v.

The Daily Beast Company, LLC, et al.

        Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, **The Daily Beast Company LLC** (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? [ ] Yes [✔] No

2. Does party have any parent corporations? [✔] Yes [ ] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   The Daily Beast Company LLC is a wholly owned indirect subsidiary of IAC/InterActiveCorp, a publicly held corporation.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? [ ] Yes [✔] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? [✔] Yes [ ] No
   If yes, identify entity and nature of interest:

   The Daily Beast Company LLC is a wholly owned indirect subsidiary of IAC/InterActiveCorp, a publicly held corporation.

Date: 5/31/2022

/s/ Andrew M. Pauwels
(Signature)
Andrew M. Pauwels (P79167)
Honigman LLP
660 Woodward Ave., Ste. 2290
Detroit, MI 4226
(248)736-1078; apauwels@honigman.com