UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTEN MEGHAN KELLY, an individual,

    Plaintiff,

v.

THE DAILY BEAST COMPANY LLC,
a Delaware limited liability company,
LARRISON CAMPBELL, an individual, &
THE AMERICAN INDUSTRIAL HYGIENE
ASSOCIATON, a non-profit organization.

    Defendants.

Case No.: 1:22-CV-482

District Judge Hala Y. Jarbou
Magistrate Judge Sally J. Berens

## PLAINTIFF'S EXPERT WITNESS LIST

**NOW COMES** Plaintiff, **KRISTEN MEGHAN KELLY,** by and through attorneys, **JEFFREY BUEHNER, PLLC**, and submit the following as the proposed list of expert witnesses whom said Plaintiff may call at the time of trial:

1. Mr. Stephen Petty, 1701 E. Atlantic Blvd., Suite 5, Pompano Beach, FL, 33060.

   Area of Expertise: Professional Engineering (P.E.), Certified Industrial Hygienist (C.I.H.) and Certified Safety Professional (C.S.P.). Expected area of testimony: Mr. Petty will testify regarding industry standards for the field of Industrial Hygiene relative to statements attributed to both Plaintiff and Defendants.

                                          Respectfully submitted:

                                          JEFFREY BUEHNER, PLLC
                                          <u>s/JEFFREY BUEHNER</u>
                                          Jeffrey Buehner, PLLC
                                          Jeffrey A. Buehner (P54871)
                                          Attorney for Plaintiff
                                          31700 West Thirteen Mile Road, Suite 96
                                          Farmington Hills, Michigan   48334
                                          (248) 865-9640
Dated: 21 November 2022             E-mail: jb@jeffreybuehner.com

## **CERTIFICATE OF SERVICE**

   A copy of the foregoing has been served upon all counsel of record in this case via the Court's CM/ECF system electronic filing system this 21st day of November, 2022.  A courtesy copy has also been sent to all counsel of record via email. Parties may access this filing through the Court's electronic filing system.

                     /s/ Jeffrey Buehner