UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTEN MEGHAN KELLY,

    Plaintiff,

v.

THE DAILY BEAST COMPANY LLC, et al.,

    Defendants.

_____/

Case No. 1:22-cv-482

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the motion to dismiss by Defendants Campbell and The Daily Beast (ECF No. 7) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims against Defendants Campbell and The Daily Beast are **DISMISSED** for failure to state a claim.

Dated: 12/9/2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE