UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KRISTEN MEGHAN KELLY,
an individual,

        Plaintiff,

v

THE AMERICAN INDUSTRIAL HYGIENE
ASSOCIATION, a non-profit organization.

        Defendant.

Hon. Hala Y. Jarbou

Case No. 22-cv-00482

---

| | |
|---|---|
| JEFFREY BUEHNER, PLLC<br>Jeffrey A. Buehner (P54871)<br>Attorneys for Plaintiff<br>31700 West Thirteen Mile Rd., 96<br>Farmington Hills, Michigan 48334<br>(248) 865-9640<br>jb@jeffreybuehner.com | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Joseph A. Starr (P47253)<br>Ryan J. Koss (P79893)<br>Attorneys for Defendant American Industrial Hygiene Association<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI  48076<br>(248) 554-2700<br>jstarr@starrbutler.com<br>rkoss@starrbutler.com |

## **STIPULATED ORDER OF DISMISSAL**

    The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

    IT IS SO ORDERED.

 

                                                _____
                                                DISTRICT COURT JUDGE

{00102289.DOCX}

Approved as to Form and Substance:

/s/ Jeffrey A. Buehner	/s/ Ryan J. Koss
Jeffrey A. Buehner (P54871)	Joseph A. Starr (P47253)
Attorneys for Plaintiff	Ryan J. Koss (P79893)
	Attorneys for Defendant American Industrial Hygiene Association