UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTEN MEGHAN KELLY,

    Plaintiff,

v.

THE DAILY BEAST COMPANY LLC, et al.,

    Defendants.

_____/

Case No. 1:22-cv-482

Hon. Hala Y. Jarbou

## JUDGMENT

On December 9, 2022, this Court dismissed Defendants The Daily Beast Company LLC and Larrison Campbell because Plaintiff failed to state a claim against them.  (*See* 12/9/2022 Op., ECF No. 25.)  On January 3, 2023, the Court entered a stipulated order dismissing the remaining defendant, The American Industrial Hygiene Association, with prejudice.  (ECF No. 28.)  Because all claims have been resolved, the Court enters judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.  Accordingly,

**IT IS ORDERED** that the case is **DISMISSED**.

Dated:  1/4/2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE